UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   THEODORE SCOTT SIMONSON                                CASE NO. 20-10692
   SHARON RENEE SIMONSON                                   JUDGE BENJAMIN A. KAHN
   4086 CLOVELLY DRIVE
   GREENSBORO, NC  27406

       DEBTORS

SSN(1) XXX-XX-6335     SSN(2) XXX-XX-4387          DATE:  03/23/2021

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $954.44<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 1000<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $398.19<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1004<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $968.55<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 1009<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $8,259.59<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 2237<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $5,148.10<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6719<br>COMMENT: VENTURE |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $444.58<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 1608<br>COMMENT: JOURNEY |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $951.77<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5591<br>COMMENT: WALMART |
| CAPITAL ONE NA<br>P O BOX 141419<br>IRVING, TX  75014-1419 | $335.35<br>INT: .00%<br>NAME ID: 183673<br>CLAIM #: 0027 | (U) UNSECURED<br><br>ACCT: 1312<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10692

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CENLAR FSB<br>ATTN BANKRUPTCY DEPT<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | $0.00<br>INT: .00%<br>NAME ID: 183670<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9902<br>COMMENT: DT,RE RP,DIR |
| CENLAR FSB<br>ATTN BANKRUPTCY DEPT<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | $0.00<br>INT: .00%<br>NAME ID: 183670<br>CLAIM #: 0052 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9902<br>COMMENT: POST ARR |
| CENLAR FSB<br>ATTN BANKRUPTCY DEPT<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | $0.00<br>INT: .00%<br>NAME ID: 183670<br>CLAIM #: 0053 | (S) SECURED<br>DIRECT PAY<br>ACCT: 9902<br>COMMENT: OC,DIR,PRE ARR |
| CITI CARDS<br>P O BOX 6497<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 123955<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $3,413.68<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 5914<br>COMMENT: HOME DEPOT |
| CONE HEALTH<br>BANKRUPTCY DEPARTMENT<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 157469<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7867<br>COMMENT: |
| CONE HEALTH<br>BANKRUPTCY DEPARTMENT<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 157469<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2942<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,688.44<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 8018<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,672.25<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 5771<br>COMMENT: |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | MONTHLY PMT  $529.31<br>INT: .00%<br>NAME ID: 58390<br>CLAIM #: 0008 | (Y) VEHICLE-ONGOING<br><br>ACCT: 0335<br>COMMENT: 20FORD,CTD,EFF FEB21,920A |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | $2,646.55<br>INT: .00%<br>NAME ID: 58390<br>CLAIM #: 0054 | (R) ARREARAGE-SECURED<br><br>ACCT: 0335<br>COMMENT: 20FORD,ARR THRU JAN21 |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0050 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 119336<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6335<br>COMMENT:  OC |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $8,406.39<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 0793<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $441.68<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 1591<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $7,716.28<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 8582<br>COMMENT: |
| LGFCU<br>ATTN BANKRUPTCY<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $8,651.52<br>INT:  .00%<br>NAME ID: 174714<br>CLAIM #:  0028 | (U) UNSECURED<br><br>ACCT: 1944<br>COMMENT: |
| LGFCU<br>ATTN BANKRUPTCY<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $0.00<br>INT:  .00%<br>NAME ID: 174714<br>CLAIM #:  0029 | (S) SECURED<br>SURRENDERED<br>ACCT: 4953<br>COMMENT:  OC,SHARES,REL |
| LGFCU<br>ATTN BANKRUPTCY<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $23,129.20<br>INT:  .00%<br>NAME ID: 174714<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT: 8353<br>COMMENT: |
| LGFCU<br>ATTN BANKRUPTCY<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $6,550.94<br>INT:  .00%<br>NAME ID: 174714<br>CLAIM #:  0031 | (U) UNSECURED<br><br>ACCT: 1928<br>COMMENT: |
| LGFCU<br>ATTN BANKRUPTCY<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $9,354.54<br>INT:  .00%<br>NAME ID: 174714<br>CLAIM #:  0049 | (U) UNSECURED<br><br>ACCT: 4953<br>COMMENT:  SPLIT |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9,641.71<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 8747<br>COMMENT:  COSTCO |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6335<br>COMMENT:  OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #: 0006 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3299<br>COMMENT: DT,RE RP,DIR |
| NAVIENT SOLUTIONS LLC OBO<br>DEPARTMENT OF EDUCATION LOAN SVCS<br>P O BOX 9635<br>WILKES BARRE, PA  18773-9635 | $0.00<br>INT: .00%<br>NAME ID: 166462<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4387<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3302<br>MERRIFIELD, VA  22119-3302 | MONTHLY PMT $256.27<br>INT: .00%<br>NAME ID: 31127<br>CLAIM #: 0005 | (H) ONGOING-SECURED<br><br>ACCT: 4871<br>COMMENT: DT,RE RP,CTD,EFF FEB21,121OR,121A ,121A,121A,1120A,1020A |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $13,464.34<br>INT: .00%<br>NAME ID: 45464<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 9811<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3302<br>MERRIFIELD, VA  22119-3302 | $0.00<br>INT: .00%<br>NAME ID: 31127<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $10,052.84<br>INT: .00%<br>NAME ID: 45464<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 1978<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3302<br>MERRIFIELD, VA  22119-3302 | $1,011.27<br>INT: .00%<br>NAME ID: 31127<br>CLAIM #: 0055 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4871<br>COMMENT: ARR,SEPT20 THRU JAN21,121OR |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3302<br>MERRIFIELD, VA  22119-3302 | $248.63<br>INT: .00%<br>NAME ID: 31127<br>CLAIM #: 0056 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4871<br>COMMENT: ARR THRU AUG20 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3302<br>MERRIFIELD, VA  22119-3302 | $450.00<br>INT: .00%<br>NAME ID: 31127<br>CLAIM #: 0057 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 4871<br>COMMENT: POST PET FEES |
| PNC BANK<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $9,369.22<br>INT: .00%<br>NAME ID: 115010<br>CLAIM #: 0036 | (U) UNSECURED<br><br>ACCT: 4090<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $763.59<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0041 | (U) UNSECURED<br><br>ACCT: 4475<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,823.57<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0042 | (U) UNSECURED<br><br>ACCT: 0470<br>COMMENT: BELK |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,889.34<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0044 | (U) UNSECURED<br><br>ACCT: 5231<br>COMMENT: SYNCHRONY BANK |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,391.80<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0045 | (U) UNSECURED<br><br>ACCT: 1157<br>COMMENT: SYNCHRONY BANK |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR COMENITY CAPITAL BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $3,304.02<br>INT: .00%<br>NAME ID: 183612<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 1914<br>COMMENT: ZALES |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR COMENITY CAPITAL BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $413.02<br>INT: .00%<br>NAME ID: 183612<br>CLAIM #: 0051 | (U) UNSECURED<br><br>ACCT: 5576<br>COMMENT: |
| RFFC FINANCIAL LLC<br>2912 W DAVIS ST STE 200<br>CONROE, TX  77304-2042 | $4,225.10<br>INT: .00%<br>NAME ID: 150905<br>CLAIM #: 0037 | (U) UNSECURED<br><br>ACCT: 6335<br>COMMENT: |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $23,861.37<br>INT: 5.25%<br>NAME ID: 45498<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 8625<br>COMMENT: 18MERZ |
| STATE OF NEW JERSEY-DIVISION OF TAXATION<br>50 BARRACK ST<br>P O BOX 245<br>TRENTON, NJ  08695 | $0.00<br>INT: .00%<br>NAME ID: 183671<br>CLAIM #: 0038 | (U) UNSECURED<br>AMENDED<br>ACCT: 6335<br>COMMENT: 121A |
| SUNTRUST BANK NOW TRUIST BANK<br>ATTN SUPPORT SERVICES<br>P O BOX 85092<br>RICHMOND, VA  23286 | $6,797.30<br>INT: .00%<br>NAME ID: 180609<br>CLAIM #: 0039 | (U) UNSECURED<br><br>ACCT: 8313<br>COMMENT: |
| SUNTRUST BANK NOW TRUIST BANK<br>LIGHTSTREAM A DIV OF TRUIST BANK<br>P O BOX 117320<br>ATLANTA, GA  30368-7320 | $23,750.95<br>INT: .00%<br>NAME ID: 183282<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 8117<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $3,362.81<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0043 | (U) UNSECURED<br><br>ACCT: 5799<br>COMMENT: PAYPAL |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $7,999.32<br>INT: .00%<br>NAME ID: 66723<br>CLAIM #: 0046 | (U) UNSECURED<br><br>ACCT: 3675<br>COMMENT: |
| VIDANT HEALTH<br>P O BOX 71095<br>CHARLOTTE, NC  28272-1095 | $0.00<br>INT: .00%<br>NAME ID: 183128<br>CLAIM #: 0047 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6412<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>% WELLS FARGO SERVICING CENTER<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $10,177.53<br>INT: .00%<br>NAME ID: 183391<br>CLAIM #: 0048 | (U) UNSECURED<br><br>ACCT: 0876<br>COMMENT: |
| **TOTAL:** | **$225,967.35** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $2,812.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/23/2021                                      OFFICE OF THE CHAPTER 13 TRUSTEE

                                        By:  /s/  Gayle McFarland
                                             Clerk
                                             Chapter 13 Office
                                             500 W FRIENDLY AVE STE 200
                                             P O BOX 1720
                                             GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice